AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 23 PM 3:58
LORETTA G. WHYTE
CLERK

CHARLES EDWARD LINCOLN, III

Plaintiff

V.

LYDIA SELLE, SHARON L. QUAIL, RICK PAULK
PAUL MOVING & STORAGE, et al.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **06-1414 SECT.C MAG 3**

I, _____CHARLES EDWARD LINCOLN, III_____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    (part time): Francis W. Williams-Montenegro, Attorney, 500 West 16th Street, Austin, TX 78701, Dec '04
    Position - Paralegal - $3000/month through December 2004, nothing since

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☑ |
    | b. | Rent payments, interest or dividends | ☐ | ☑ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. | Disability or workers compensation payments | ☐ | ☑ |
    | e. | Gifts or inheritances | ☑ | ☐ |
    | f. | Any other sources | ☑ | ☐ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

_____ Process _____
X Dktd _____
_____ CtRmDep _____
_____ Doc. No _____

February 28-July 21, 2005, I received $7,500 in gifts from my father.
June 2005-present, I have borrowed approximately $22,000.00 in living expenses against real estate, and that's why all my real estate is "equity tapped" where I can't borrow any more from any source at the present time and moment.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

   If "Yes," describe the property and state its value.

   Yes as to real estate, homestead and adjoining land in Lago Vista, Texas---encumbered by (1) mortgage with AAMES Home Equity, (2) unpaid property taxes, (3) money borrowed during the past year for living expenses---I'm "equity tapped" and cannot borrow any more at the moment---I had borrowed $600 for living expenses in February.

   Also -- One 1996 Ford Explorer with 262,000 miles it still runs

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE.

I declare under penalty of perjury that the above information is true and correct.

2/28/2006   _____
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.