

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES LINCOLN                                    CIVIL ACTION

VERSUS                                             NUMBER: 06-1414

LYDIA SELLE, ET AL                                 SECTION:

                                                   **SECT. C MAG 3**

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☒ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

_____

_____

New Orleans, Louisiana, this 23 day of March, 2006.

UNITED STATES MAGISTRATE JUDGE

___ Fee ____
___ Process ____
X  Dktd ____
✓ CtRmDep ____
___ Doc. No ____